IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBBY JAMES GRAY,                                                                                PLAINTIFF

v.                                              3:21CV00210-LPR-JTK

PATRICIA MARSHALL, et al.                                                              DEFENDANTS

## ORDER

Plaintiff Rubby James Gray ("Plaintiff") has filed an Amended Complaint naming Poinsett County Jail Administrator Patricia Marshall, Lieutenant Regina Hindman, and Jailers A. Carter and Savannah Kunath as Defendants.[1] Having reviewed Plaintiff's Amended Complaint (Doc. No. 7) for screening purposes,[2] the Court concludes service of Plaintiff's claims on Defendants Marshall, Hindman, Carter, and Kunath is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Marshall, Hindman, Carter, and Kunath. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 7), Summons, and this Order Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, AR 72432.

IT IS SO ORDERED this 1st day of December, 2021.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's original Complaint (Doc. No. 1) did not identify any individual as a Defendant. Because Plaintiff's Amended Complaint (Doc. No. 7) identified the individuals Plaintiff wishes to sue, the Clerk of the Court is directed to change the style of the case to reflect these individuals were formerly named as "Does."

[2] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).