# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RUBBY JAMES GRAY,                                                                                          PLAINTIFF

v.                                               3:21CV00210-LPR-JTK

PATRICIA MARSHALL, et al.                                                                             DEFENDANTS

## ORDER

Rubby James Gray ("Plaintiff") filed this 42 U.S.C. § 1983 action while he was incarcerated at the Poinsett County Detention Center, and the Court granted his Motion to Proceed in forma pauperis on November 9, 2021 (Doc. Nos. 1, 3, 5). Plaintiff now has filed a Motion for Status Update. (Doc. No. 10).

Plaintiff's Motion for Status Update (Doc. No. 10) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet in this case along with a copy of this Order.

Based on the return address on Plaintiff's envelope, it appears Plaintiff has been released from incarceration. (Doc. No. 10). If Plaintiff is no longer incarcerated, to continue this action he must file an updated Motion to Proceed in forma pauperis. Plaintiff must file an updated Motion to Proceed in forma pauperis within fifteen days of the date of this Order—if he is no longer in custody. The Clerk of the Court is directed to send Plaintiff an in forma pauperis application.

If Plaintiff is still in custody at the Poinsett County Detention Center, he should let the Court know that within fifteen days of the date of this Order.

So, within fifteen days of the date of this Order, Plaintiff must either file an updated Motion to Proceed in forma pauperis *or* inform the Court that he is still in custody at the Poinsett County Detention Center. Plaintiff's failure to file an updated Motion to Proceed in forma pauperis or to

let the Court know that he is still in custody, within fifteen days of the date of this Order, will result in the dismissal of Plaintiff's Complaint, without prejudice.   See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 15th day of December, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE