IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBBY JAMES GRAY,     PLAINTIFF

v.     3:21CV00210-LPR-JTK

PATRICIA MARSHALL, et al.     DEFENDANTS

## ORDER

Rubby James Gray ("Plaintiff") filed this 42 U.S.C. § 1983 action while he was incarcerated at the Poinsett County Detention Center, and the Court granted his Motion to Proceed In Forma Pauperis on November 9, 2021. (Doc. Nos. 1, 3, 5).

It appears that Plaintiff has been released from incarceration. (Doc. No. 10). The Court needs to review Plaintiff's financial information because is unclear whether Plaintiff is still entitled to proceed in forma pauperis now that he is no longer in custody.

If Plaintiff wishes to continue this action, he must file an updated Motion to Proceed In Forma Pauperis within thirty (30) days of the date of this Order. The Clerk of the Court is directed to send Plaintiff an in forma pauperis application.

Plaintiff's failure to file an updated Motion to Proceed In Forma Pauperis within thirty (30) days of the date of this Order will result in the dismissal of Plaintiff's Complaint without prejudice. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of April, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE