**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RUBBY JAMES GRAY,**                                                          **PLAINTIFF**

**v.**                                      **Case No. 3:21-CV-00210-LPR-JTK**

**DOES,** *et al.*                                                            **DEFENDANTS**

## ORDER

Rubby James Gray was in custody at the Poinsett County Detention Center when he filed this action *pro se*.   (Doc. 1).   The Court granted Mr. Gray *in forma pauperis* status on November 9, 2021.   (Docs. 3, 5).

On December 14, 2021, Mr. Gray updated his address with the Court.   (Doc. 10).   Based on the address provided, Mr. Gray was released from custody.   (*Id*.)   On December 15, 2021, the Court directed Mr. Gray to either (1) update his financial information if he was no longer incarcerated to establish that he remained entitled to *in forma pauperis* status, or (2) verify that he remained incarcerated.   (Doc. 11).   Mr. Gray did not respond to the Court's December 15, 2021 Order.

On April 27, 2022, the Court again directed Plaintiff to update his financial information. Mr. Gray has not complied with or otherwise responded to the April 27, 2022 Order, and the time for doing so has passed.   Accordingly, Mr. Gray's case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of June, 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE